PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA SANCHEZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>REMEDY MEDS LLC, a Delaware entity, d/b/a REMEDYMEDS.COM,<br><br>Defendants. | Case No. 3:26-cv-02695-WQH-GC<br>Judge: Honorable William Q. Hayes<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed: April 28, 2026<br>Trial date: None |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alicia Sanchez ("Plaintiff") and Defendant Remedy Meds LLC, stipulate for the dismissal of this action, *with prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 19, 2026

**PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff
ALICIA SANCHEZ

Dated: August 19, 2026

**COOLEY LLP**

By: */s/ Teresa Michaud*
Teresa Michaud
Attorney for Defendant
REMEDY MEDS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell